UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

BILL PARKER, JR.,

       Plaintiff,                           Case No.4:06-cv-128

v.                                         Hon. Janet T. Neff

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 7, 2008, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

      **IT IS FURTHER ORDERED** that plaintiff's Motion for Judgment (Dkt. No. 19) is **DENIED** as moot.


Dated:  March 31, 2008                              /s/Janet T. Neff
                                                               Janet T. Neff
                                                                United States District Judge